STATE OF NEW JERSEY v. EDWARD A. DEVLIN.

Sept. 18, 1979.   Petition for certification denied.

SEYMOUR A. LUBETKIN v. PASSAIC VALLEY
SEWERAGE COMMISSIONERS.

Sept. 18, 1979.   Petition for certification denied.

WILLIAM S. HART, SR.

v.

CITY OF EAST ORANGE.

Sept. 18, 1979.   Petition for certification denied.

WOLF KORN v. EXXON CORPORATION.

Sept. 18, 1979.   Petition for certification denied.

IN THE MATTER OF THE ESTATE OF ANTOINETTE
DAIDONE.

Sept. 18, 1979.   Petition for certification denied.

CHARLES E. VILLANUEVA v. ALINA BORUCKA.

Sept. 18, 1979.   Petition for certification denied.